**Order filed August 15, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00433-CR
_____

**ANTHONY WHITNEY NORMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1248767**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits 1 and 2 admitted in the motion to suppress hearing held on January 31, 2011.**

The clerk of the 262nd District Court is directed to deliver to the Clerk of this court the original of State's Exhibits 1 and 2 admitted in the motion to suppress hearing held on January 31, 2011, on or before **August 27, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits 1 and 2 admitted in the motion to suppress hearing held on January 31, 2011, to the clerk of the 262nd District Court.


PER CURIAM